UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARL T. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 19-11117-JGD |
| FEDERAL MEDICAL CENTER AT DEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

June 3, 2019

DEIN, U.S.M.J.

For the reasons below, the Clerk shall dismiss this action without prejudice.

On April 13, 2019, the Clerk received a document from Carl. T. Stovall, who is currently confined at FMC Devens [ECF #1]. The purpose of the document was unclear. In an abundance of caution, the Clerk treated the document as a complaint and assigned a docket number so that the filing would undergo further review by a judicial officer.

On May 30, 2019, the Clerk received a letter from Stovall, in which he states that he did not intend the April 13, 2019 submission to be treated as a complaint [ECF #4]. Further, it has recently come to the Court's attention that supervision of Stovall's conditional release has been transferred back to this Court. See United States v. Stovall, 13-mc-91008-DJC [ECF #65]. It is now clear that Stovall intended that his April 13, 2019 filing to be docketed in the case concerning his conditional release.

Accordingly, the Court hereby orders:

1. The documents from Stovall that were filed in the present action shall be docketed in United States v. Stovall, 13-mc-91008-DJC.

2. This action shall be DISMISSED WITHOUT PREJUDICE on the ground that it was opened in error.

SO ORDERED.

/s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge